UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

HUBERT CHARLES DOBSON     CASE NO.: 19-13233-JKO
*aka* **Hubert C Dobson**     CHAPTER: 13
*aka* **Hubert Dobson**

RUTH NAOMI DOBSON
*aka* **Ruth N Dobson**
*aka* **Ruth Naoni Dobson**

**Debtor(s).**
_____/

## OBJECTION TO CHAPTER 13 PLAN

**Wells Fargo Bank, N.A.** ("Creditor"), by and through the undersigned counsel, objects to the Chapter 13 Plan ("Plan") [DE #11] and states as follows:

1) Creditor holds a lien on the following property: 6600 SW 7TH St, Pembroke Pines, FL 33023-1524 (the "Subject Property") (Loan No. 3526).

2) Creditor intends to file a timely Proof of Claim. Creditor estimates a secured amount of $288,263.56, a secured arrearage in the amount of $56,091.72, and an ongoing post-petition payment of $1,711.52.

3) The Plan proposes to make a regular payment of $1,452.36.

4) The Plan proposes to pay arrearages in the amount of $39,909.99.

5) Creditor objects to the proposed Plan treatment on the grounds that the Plan does not conform to the Creditor's Proof of Claim.

6) The Proof of Claim ("POC") Bar Date is set for **June 5, 2019**.

7) As such, the Creditor respectfully requests that the Court not confirm any plan prior to the POC bar date; or until the Debtor(s) files a plan that fully conforms to a timely filed POC by the Creditor.

ALAW FILE NO. 19-008843

8) Creditor's claim should be treated as fully-secured until ordered otherwise by the Court.

9) Creditor reserves the right to amend this Objection.

WHEREFORE, Creditor respectfully requests that this Honorable Court sustain the objection and deny confirmation of the Plan.

/s/*Scott Lewis*
Scott C. Lewis, Esq.
FBN 112064
813-221-4743 ext. 2603

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternate: slewis@albertellilaw.com

**CERTIICATE OF SERVICE**

I HEREBY CERTIFY that on this 12TH day of April, 2019, I served a copy of the foregoing upon:

**SERVICE LIST**

**Hubert Charles Dobson**
6600 SW 7 St
Pembroke Pines, FL 33023-1524

**Ruth Naomi Dobson**
6600 SW 7 St
Pembroke Pines, FL 33023-1524

**Aron Szabo**
1401 Sawgrass Corporate Parkway
Ft Lauderdale, FL 33323

*Trustee*
**Robin R Weiner**
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

/s/*Scott Lewis*
Scott C. Lewis, Esq.
FBN 112064
813-221-4743 ext. 2603

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternate: slewis@albertellilaw.com

ALAW FILE NO. 19-008843