**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☒ Third _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Hubert Charles Dobson    JOINT DEBTOR: Ruth Naomi Dobson    CASE NO.: 19-13233-BKC-JKO

SS#: xxx-xx- 1282    SS#: xxx-xx-8800

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section VIII | ☒ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $3,150.03 for months 1 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: $4800.00 | Total Paid: $2000.00 | Balance Due: $2800.00 |
|---|---|---|
| Payable $933.33 /month (Months 1 to 3 ) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
Chapter 13 Fees $3,500.00
M2Value RP $775.00
M2Mod Term $525.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Wells Fargo Bank NA
   Address: 1 Home Campus
   Des Moines, IA 50328

   Last 4 Digits of Account No.: 3526

   | | | |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | 56,401.59 | |
   | Arrears Payment (Cure) | $62.53 | /month (Months 1 to 3 ) |
   | Arrears Payment (Cure) | $995.86 | /month (Months 4 to 5 ) |
   | Arrears Payment (Cure) | $985.86 | /month (Months 6 to 60 ) |
   | Regular Payment (Maintain) | $1,711.52 | /month (Months 1 to 60 ) |

   Other: [POC 5]

■ Real Property    Check one below for Real Property:
　　■ Principal Residence    　　■ Escrow is included in the regular payments
　　☐ Other Real Property    　　☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
6600 SW 7th Street
Pembroke Pines, FL 33023

☐ Personal Property/Vehicle

Description of Collateral: _____

2. Creditor: World Omni/Southeast Toyota Finance

　Address: (Payments)    Arrearage/ Payoff on Petition Date    $8,679.89 + 3.08% = $9,376.80
　　P.O. Box 991817
　　Mobile, AL 36691-8817    Payoff (Including 3.08% monthly interest)    $156.28   /month (Months  1  to  60 )

Last 4 Digits of Account No.:    7011

Other:    [POC 4 as amended by DE 34]

☐ Real Property    Check one below for Real Property:
　　☐ Principal Residence    　　☐ Escrow is included in the regular payments
　　☐ Other Real Property    　　☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:

■ Personal Property/Vehicle

Description of Collateral: 2014 Toyota Camry

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1. REAL PROPERTY:** ☐ NONE

| 1. Creditor: Independent Savings Plan Company | Value of Collateral: $0.00 | **Payment** |
|---|---|---|
| Address: 1115 Gunn Hwy #100, Odessa, FL 33556 | Amount of Creditor's Lien: $11,809.06 | Total paid in plan: $0.00 |
| Last 4 Digits of Account No.: 3767 | Interest Rate: 0.00% | $0.00  /month (Months  1  to  60 ) |

Check one below:
☐ Escrow is included in the monthly mortgage payment listed in this section
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Real Property
■ Principal Residence
☐ Other Real Property

Address of Collateral:
Solar water heater attached to and a part of 6600 SW 7th Street, Pembroke Pines, FL 33023

**2. VEHICLES(S):** ■ NONE

**3. PERSONAL PROPERTY:** ■ NONE

**C. LIEN AVOIDANCE** ■ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

☒ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

☐ Other: _____

| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|
| 1. TD Retail Card Services [POC 2] | 0986 | Furniture |

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

☒ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|
| 1. City of Pembroke Pines [POC 3] | unk | SHIP mortgage, no payment due, forgivable upon maturity on homestead located at 6600 SW 7th Street, Pembroke Pines, FL 33023. |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

  A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

  B. **INTERNAL REVENUE SERVICE:** ☒ NONE

  C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

  D. **OTHER:** ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

  Pay   $10.00   /month (Months  6  to  60  )

  Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

  B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

  C. **SEPARATELY CLASSIFIED:** ☒ NONE

  *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

  ☒ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

  ☒ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

  ☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

  1. Plan payments to trustee to begin 30 days after date of filing Chapter 13 petition, to wit: April 12, 2019

☐ Mortgage Modification Mediation

Debtor(s): Hubert Charles Dobson, Ruth Naomi Dobson   Case number: 19-13233-BKC-JKO

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| Hubert Charles Dobson | | Ruth Naomi Dobson | |

/s/ Aron Szabo          June 20, 2019
Attorney with permission to sign on        Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**